**Chapter 13 Plan Summary**

Debtor(s): Dwayne White    SS#: XXX-XX-2490    Net Monthly Earnings: 4,897    Case No.: _____
Number of Dependents: 3
Full Address: 6316 Grandbrook Drive, Northport, AL. 35473

I. Plan Payments:
( ) Debtor(s) propose to pay direct a total of $_____ ☐ weekly ☐ biweekly ☐ semi-monthly ☐ monthly into the plan: or
(X) Payroll deduction Order: To B.F. Goodrich - 5101 21st Street Tusc. AL. 35401 for
$ 50 ☒ weekly ☐ biweekly ☐ semi-monthly ☐ monthly

Length of plan is approximately 36 months, and the total debt to be paid through the plan is approximately $ 7,700.

II. From the payments received, the trustee shall make disbursements pursuant to the Bankruptcy Code as follows:
A. PRIORITY claims (including administrative expenses and support) [See 11 U.S.C. 1322(a)(2)]
The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

| Creditor | Type | Scheduled amount | Monthly payment |
|---|---|---|---|
| None | | | |
| | | | |

B. Total attorney fee (paid as a 503(b) administrative expense) $ 2400 -$ 0 (prepaid), balance of $ 2400 paid as follows: $ 900 upon confirmation and then $ 200 per month until remaining balance is paid.

C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:

1. Long Term Debts:

| Name of Creditor | Total amount of debt | Amount of regular payment ☐ by Trustee ☒ by Debtor | Direct payments To begin: Year/Month | Arrears to Be paid by Trustee | Months Included In arrearage Amount | Proposed interest rate on Arrearage | Proposed fixed payment on Arrearage |
|---|---|---|---|---|---|---|---|
| Citi Mortgage | 123,000 | 954 | Feb. 08 | 954 | 1 | None | 30 |
| Citibank | 34,000 | 298 | Feb. 08 | 298 | 1 | None | 10 |

2. Secured Debts (not long term debts) to be paid through Trustee:

| Name of Creditor | Adequate Protection Payments | Total amount of Debt | Debtor's Value | Unsecured portion | Description of collateral | Proposed interest rate | Proposed fixed payments | Fixed payments to begin |
|---|---|---|---|---|---|---|---|---|
| None | | | | | | | | |

III. Other debts (not shown in 1 or 2 above) which Debtor(s) propose to pay direct:

| Name of Creditor | Total amount of Debt | Amount of regular payments | Description of Collateral | Reason for Direct Payment |
|---|---|---|---|---|
| Tusc. Teachers C.U. | 10,000 | 335/month | 01' Chev. Suburban | Direct Pmt. equals plan pmt. |

IV. Special Provisions: None

☒ This is an original plan.    ☐ This is an amended plan replacing plan dated _____
☒ This plan proposes to pay unsecured creditors 2 %.
☐ Debtor assumes/rejects (circle one) lease and/or executory contract with _____
☒ Claims filed in excess of Debtor's estimates will be paid as filed (including appropriate fixed payment increases) unless objected to by Debtor.
☒ Allowed secured claims not provided in plan to receive 8% interest by fixed payment over 35 months
☐ Other provisions: _____

Attorney for Debtor Name/Address/Telephone#    Dated: 1/22/08    /s/ Dwayne White
Camron Law      Signature of Debtor   Dwayne White
2330 University Boulevard, Ste. 314
Tuscaloosa, AL 35405
Telephone # (205)349-2455    Signature of Debtor