# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

**In Re: Dwayne White**

|                   |     |                    |
|-------------------|-----|--------------------|
|                   | )   | **Case No: 08-**   |
|                   | )   |                    |
| **Debtor(s).**    | )   |                    |

## MOTION TO AVOID LIEN

Comes now the Debtor in the above styled matter, by and through <u>his</u> attorney of record, and pursuant to 11USC § 522 (f) , hereby move(s) this Honorable Court to enter an order avoiding the lien of <u>Citifinancial</u> to the extent that such lien impairs an exemption to which the Debtor is entitled, which lien is:

    \_\_\_\_ a judicial lien recorded in Book \_\_\_\_ at Page \_\_\_\_ , _____ ( Copy of recorded Certificate of Judgment attached.)

    **X** a nonpossessory, nonpurchase-money security interest in any of the following:

1. household goods include; clothing, furniture, appliances, 1 radio, 1 television, 1 VCR, linens, china, crockery, kitchenware, educational materials and educational equipment primarily for the use of minor dependent children of the debtor, medical equipment and supplies, furniture exclusively for the use of minor children or elderly disabled dependants of the debtor, personal effects ( including the toys and hobby equipment of minor dependent children and wedding rings) of the debtor and the dependants of the debtor, 1 computer and related equipment.

2. implements, professional books, or tools, of the trade of Debtor or the trade of the dependent of the Debtor; or

3. professionally prescribed health aids for the Debtor or a dependent of the Debtor.

/s/ Rod Cameron Shirley
Rod Cameron Shirley
Attorney for Debtor

### NOTICE AND CERTIFICATE OF MAILING

A copy of the foregoing Motion has been filed with the Court. An Order granting said Motion will be entered by the court at the expiration of 23 days from the date of this notice unless said creditor files an objection and request for a hearing with the Court within that time.

I hereby certify that I have served a copy of the foregoing Motion on said creditor and Trustee this the 25th day of January 2008.

/s/ Rod Cameron Shirley

| | |
|---|---|
| Citifinancial | Camron Law-ASB-8512-L52R |
| 1911 Skyland Blvd E | Tuscaloosa, AL 35401 |
| Tuscaloosa, AL 35405 | (205) 349-2455 |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

In Re :  **Dwayne White**                                            Case # - 08-

                                                               )

        **Debtor(s)**                                        )

## STATEMENT OF DEBTOR

        **State of Alabama***
        **County of  Tuscaloosa***

        Before me, the undersigned Notary Public, in and for said county and state, personally appeared Dwayne White (Debtors), who is known to me, and after, by me being first duly sworn, and under oath, did depose and say as follows:

        My name is Dwayne White .  I am the Debtor(s) in the above styled cause. I own property of the kind described in 11 U.S.C. §522 (f), which was pledged to Citifinancial(Creditor) as collateral on a loan, but the proceeds of the loan were not used to acquire this property. I still have this property and I claim it is exempt property and, if appropriate, hereby amend my bankruptcy schedules to show this property as exempt.


**Date:  1/23/08**                                   **/s /Dwayne White**
                                                   **Dwayne White, Debtor(s)**


**Sworn to and subscribed before me on this the 23rd  day of  January , 2008.**

**My commission expires 11-07-2011.**

                                                 **/s/ Rod Cameron Shirley**
                                               **Notary Public**