**Van−020** [Notice of Hearing] (Rev. 03/04)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA, WESTERN DIVISION

| | |
|---|---|
| **In re:** | **Case No.** 08−70121−CMS13 |
| Dwayne White | **Chapter** 13 |
| **SSN:** xxx−xx−2490 | |

**Debtor(s)**

## NOTICE OF HEARING

Notice is hereby given that a hearing will be held to consider and act upon the following:

Debtor's Motion to Avoid Nonpossessory, Nonpurchase Security Lien of Citifinancial Dkt. #8

**Date:** Tuesday, April 1, 2008  **Time:** 01:30 PM

**Location:** Room 358, Federal Courthouse, 1118 Greensboro Ave, Tuscaloosa, AL 35401

Attorneys should attend all scheduled hearings. If a conflict is known, the Court should be notified immediately. Continuances of non−evidentiary hearings may be granted if all parties consent. Evidentiary hearings will not be continued except for good cause shown. If there is a failure to attend a scheduled hearing, and the Court has not been notified of the reason for the failure, the Court may enter appropriate orders. Attendance is not required if a settlement has been reached and filed with the Court by an attorney prior to the hearing date.

Dated:  January 29, 2008                     By:

                                             Scott W. Ford, Clerk
                                             United States Bankruptcy Court

akr