# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - WESTERN DIVISION

In the Matter of:

| | |
|---|---|
| Dwayne White } | **Case No: 08-70121-CMS13** |
| SSN: XXX-XX-2490 } | |
| DEBTOR(S). } | |
| } | |
| } | |

## ORDER GRANTING

This matter came before the Court on Tuesday, April 01, 2008 01:30 PM, for a hearing on the following:

   RE: Doc #8;Debtor's Motion to Avoid Non-Possessory, Non-Purchase Money Lien of Citifinancial

Proper notice of the hearing was given and appearances were made by the following:

   C David Cottingham, Trustee
   Rod Cameron Shirley, attorney for Debtor

**It is therefore ORDERED ADJUDGED and DECREED that:**

   THE DEBTOR'S MOTION TO AVOID LIEN OF CITIFINANCIAL IS GRANTED. SAID LIEN IS AVOIDED TO THE EXTENT IT IMPAIRS DEBTOR'S EXEMPTIONS.

Dated: 04/02/2008

   /s/ C. MICHAEL STILSON
   C. MICHAEL STILSON
   United States Bankruptcy Judge